BEFORE THE SECOND DIVISION, APRIL 30, 1964

No. 68499.—Seedman International Corp. v. United States, protests 62/19638 and 62/19643 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of cycle horns similar in all material respects to those the subject of G. Joannou Cycle Co., Inc. v. United States (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.

No. 68500.—Siemens New York, Inc. v. United States, protests 61/2971, 61/15467, and 61/23546 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of electrical X-ray apparatus or instruments, which are not X-ray tubes or parts thereof, the claim of the plaintiff was sustained.

No. 68501.—The Rembar Co., Inc. v. United States, protests 61/17709, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of integral, necessary components of electrical X-ray apparatus or instruments, which are not X-ray tubes or parts thereof, the claim of the plaintiff was sustained.